# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand and thirteen,

Before:  Robert A. Katzmann,
         Raymond J. Lohier, Jr.,
                  Circuit Judges,
         Jed S. Rakoff,*
                  District Judge.

_____

The Gameologist Group, LLC,

    Plaintiff - Appellant,

v.

Scientific Games International, Incorporated, Scientific Games Corporation, Incorporated,

    Defendants - Appellees.
_____

**ORDER**
Docket No. 11-4535

Appellant, The Gameologist Group, LLC., having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

IT IS HEREBY ORDERED that the petition is DENIED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



*The Honorable Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.